Alexander R. Malbin, Esq. (AM9385)
FERDINAND IP, LLC
450 Seventh Avenue
Suite 1300
New York, NY 10017
(p) (212) 220-0523
(f) (203) 905-6747
amalbin@24iplg.com

*Counsel for Defendant,*
*Sell it Social, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

               Plaintiff,

- against -

SELL IT SOCIAL, LLC,

               Defendant.

Civil Action No. 1:17-cv-09697-LAP

**Jury Trial Demanded**

**Date: December 24, 2018**

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**DEFENDANT SELL IT SOCIAL, LLC**

Defendant, Sell It Social, LLC ("Defendant"), by and through undersigned counsel, hereby answers the Complaint filed by Plaintiff, Stephen Yang ("Plaintiff"), as follows, with each numbered paragraph corresponding to the numbered paragraphs of the Complaint.

**NATURE OF THE ACTION**

1.    Defendant admits that this purports to be an action arising under the U.S. Copyright Act, but denies any liability therefor. Defendant denies the remaining allegations set forth at Paragraph 1 of the Complaint.

1

**JURISDICTION AND VENUE**

2.	Paragraph 2 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant admits that this Court has subject-matter jurisdiction over claims arising under the U.S. Copyright Act pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.	Paragraph 3 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant admits that this Court has personal jurisdiction over Defendant.

4.	Paragraph 4 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant admits that venue is proper in this Judicial District.

**PARTIES**

5.	Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth at Paragraph 5 of the Complaint, and on that basis denies them.

6.	Defendant admits the allegations set forth at Paragraph 6 of the Complaint with the exception of the allegation of the address of Defendant's place of business, which Defendant denies.

**STATEMENT OF FACTS**

7.	Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth at Paragraph 7 of the Complaint, and on that basis denies them.

8.	Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth at Paragraph 8 of the Complaint, and on that basis

denies them.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth at Paragraph 9 of the Complaint, and on that basis denies them.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth at Paragraph 10 of the Complaint, and on that basis denies them.

11. Defendant denies the allegations set forth at Paragraph 11 of the Complaint.

12. Defendant admits the allegations set forth at Paragraph 12 of the Complaint.

## FIRST ALLEGED CLAIM FOR RELIEF

13. Defendant restates by references its responses to all prior paragraphs in this Answer as if fully stated herein.

14. Paragraph 14 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 14 of the Complaint.

15. Paragraph 15 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 15 of the Complaint.

16. Paragraph 16 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 16 of the Complaint.

17. Paragraph 17 of the Complaint attempts to state a legal conclusion to

which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 17 of the Complaint.

18. Paragraph 18 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 18 of the Complaint.

19. Paragraph 19 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 19 of the Complaint.

## SECOND ALLEGED CLAIM FOR RELIEF

20. Defendant restates by references its responses to all prior paragraphs in this Answer as if fully stated herein.

21. Defendant denies the allegations set forth at Paragraph 21 of the Complaint.

22. Defendant denies the allegations set forth at Paragraph 22 of the Complaint.

23. Paragraph 23 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 23 of the Complaint.

24. Defendant denies the allegations set forth at Paragraph 24 of the Complaint.

25. Defendant denies the allegations set forth at Paragraph 25 of the Complaint.

26. Paragraph 26 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant

denies the allegations set forth at Paragraph 26 of the Complaint.

27. Paragraph 27 of the Complaint attempts to state a legal conclusion to which no response is required. To the extent that a response may be required, Defendant denies the allegations set forth at Paragraph 27 of the Complaint.

## **PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to any of the relief requested in the eight numbered paragraphs of the Complaint's Prayer for Relief section.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use.

### **THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff lacks ownership of a valid U.S. Copyright Registration covering the allegedly infringed work.

### **FOURTH AFFIRMATIVE DEFENSE**

The monetary recovery available to Plaintiff, if any, must be reduced because Defendant's alleged infringement constitutes innocent infringement.

### **FIFTH AFFIRMATIVE DEFENSE**

The monetary recovery available to Plaintiff, if any, must be reduced because Defendant's alleged infringement was not willful.

**SIXTH AFFIRMATIVE DEFENSE**

The monetary recovery available to Plaintiff, if any, must be reduced under the doctrine of apportionment.

**SEVENTH AFFIRMATIVE DEFENSE**

The monetary recovery available to Plaintiff, if any, must be reduced due to Plaintiff's failure to mitigate its alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of copyright misuse.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of acquiescence.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged infringement was *de minimis*.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to injunctive relief because any alleged injury is not immediate or irreparable and Plaintiff has an adequate remedy at law.

## ADDITIONAL AFFIRMATIVE DEFENSES

Defendant has not completed its investigation and discovery, and therefore reserves the right to plead any additional affirmative defenses that may apply.

**WHEREFORE**, Defendant prays for judgment on Plaintiff's Complaint as follows:

1. That Plaintiff's Complaint, and each of the causes of action contained therein, be denied in their entirety and dismissed with prejudice;

2. That Defendant be awarded its full costs and attorney's fees incurred in this litigation to the maximum extent permitted by law; and

3. That Defendant be awarded such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Defendant demands a trial by jury of all counts so triable.


Dated: New York, New York
       December 24, 2018

Respectfully submitted,

\_\_s/ Alexander Malbin_____
Alexander Malbin (Bar No. AM9385)
Ferdinand IP, LLC
450 Seventh Avenue
Suite 1300
New York, NY 10123
(p) (212) 220-0523
(f) (203) 905-6747
amalbin@24iplg.com

*Counsel for Defendant,*
*Sell It Social, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2018, the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT SELL IT SOCIAL, LLC was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/ Alexander Malbin