UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN YANG,<br><br>                Plaintiff<br><br>- against –<br><br>SELL IT SOCIAL, LLC<br><br>                Defendant | Case No. 1:17-09697 (LAP)<br><br>**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Stephen Yang, and Counsel for Defendant Sell it Social, LLC, that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| _/s/ James H. Freeman_<br>James H. Freeman | _/s/ Alexander Rudolf Malbin_<br>Alexander Rudolf Malbin |
| LIEBOWITZ LAW FIRM, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, New York 11580<br>Telephone: (516) 233-1660<br>JF@LiebowitzLawFirm.com | FERDINAND IP, LLC<br>450 7th Avenue Suite 1300<br>New York, NY 10123<br>Telephone: (212) 220-0523<br>amalbin@fiplawgroup.com |
| Dated: March 4, 2021 | Dated: March 5, 2021 |
| *Attorneys for Plaintiff*<br>*Stephen Yang* | *Attorneys for Defendant*<br>*Sell it Social, LLC* |

**SO ORDERED:**

_____
Hon. Loretta A. Preska